IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                                    )   2:08-cv-00143-GEB-DAD
        Plaintiff,  )
                                    )
    v.  )   ORDER RE: SETTLEMENT
                                    )   AND DISPOSITION
JAMES W. HOLLAND, d/b/a ARTISTRY  )
JEWELERS; ALBERT H. LEE; ETHEL LEE;)
PERCY LEE,  )
                                    )
        Defendants.  )
_____)

        On March 18, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than April 7, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for April 28, 2008, will remain on calendar, in the event that no dispositional document is

1

1  filed, or if this action is not otherwise dismissed. Further, a joint
2  status report shall be filed fourteen days prior to the status
3  conference.[1]
4         IT IS SO ORDERED.
5  Dated: March 21, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2